**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____      Chapter     **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **O'Neal Constructors, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-2363790** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10 Falcon Crest Drive** <br> **Greenville, SC 29607** <br> Number, Street, City, State & ZIP Code | **PO Box 10269** <br> **Greenville, SC 29603** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Greenville** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.onealinc.com/epc-project-delivery/construction/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **O'Neal Constructors, LLC**                                        Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5413__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check* **all** *that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **O'Neal Constructors, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **O'Neal Constructors, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2025**
MM / DD / YYYY

**X** /s/ Kevin Bean
Signature of authorized representative of debtor

**Kevin Bean**
Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** /s/ Randy A. Skinner
Signature of attorney for debtor

Date **February  6, 2025**
MM / DD / YYYY

**Randy A. Skinner**
Printed name

**Skinner Law Firm, LLC**
Firm name

**300 North Main Street, Suite 201
Greenville, SC 29601**
Number, Street, City, State & ZIP Code

Contact phone    **(864) 232-2007**    Email address    **main@skinnerlawfirm.com**

**05412 SC**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re  **O'Neal Constructors, LLC**

Case No. _____

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................ $     **24,662.00**

   Prior to the filing of this statement I have received ............................. $     **24,662.00**

   Balance Due ......................................................................................... $     **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services not related to the bankruptcy case.**
   **Disputes as to claims filed by Creditors.**
   **Representation at any motion for relief from stay or negotiation of any settlement brought by the trustee or a Creditor as a result of Debtor's failure to comply with the Plan.**
   **Any court appearance or preparation of any motions or response to motions after the confirmation hearing including but not limited to amended Chapter 13 plans.**
   **Conversion from Chapter 13 to Chapter 7 or from Chapter 7 to Chapter 13.**
   **Adversary proceedings and appeals (including but not limited to Objections to Discharge, Objections to the Dischagability of any particular debt and Failing to Disclose or Withholding Assets and/or Creditors from the Court).**
   **Should an Amendment be necessary to add any Creditors or make any changes to the Petition, said Amendment shall be prepared by Attorney for additional compensation of $130.00 per Creditor, asset or other disclosure.**
   **Any additional services required not included in the original fee will be compensated at the rate of $450.00 per hour Attorney time, $250.00 per hour Associate time, and $150.00 per hour paralegal time.**

In re    **O'Neal Constructors, LLC** _____    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  6, 2025** _____
*Date*

/s/ **Randy A. Skinner** _____
**Randy A. Skinner**
*Signature of Attorney*
**Skinner Law Firm, LLC**
**300 North Main Street, Suite 201**
**Greenville, SC 29601**
**(864) 232-2007  Fax: (864) 232-8496**
**main@skinnerlawfirm.com**
*Name of law firm*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re  **O'Neal Constructors, LLC**

Debtor(s)

Case No.

Chapter **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted _____)

(c) __X__ electronic version filed via CM/ECF

Date: **February 6, 2025**

**/s/ Kevin Bean**
**Kevin Bean**
Signature of Debtor

**/s/ Randy A. Skinner**
Signature of Attorney
**Randy A. Skinner**
**Skinner Law Firm, LLC**
**300 North Main Street, Suite 201**
**Greenville, SC 29601**
**(864) 232-2007**
Typed/Printed Name/Address/Telephone

**05412 SC**
District Court I.D. Number

SOUTH CAROLINA DEPT OF REVENUE
P.O. BOX 12265
COLUMBIA SC 29211


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


A CLEAN POTTY, INC.
PO BOX 205
MULDROW OK 74948


A.C. CORPORATION
P.O. BOX 16367
GREENSBORO NC 27416-0367


ABG CAULKING CONTRACTORS, INC.
PO BOX 544
GOODLETTSVILLE TN 37070


ACCOYA
BRETTENHAM HOUSE
19 LANCASTER PLACE
LONDON, UNITED KINGDOM, WC2E7EN


ADAM HARRIS, ESQ.
PHELPS DUNBAR LLP
II CITY PLAZA
400 CONVENTION STREET, SUITE 1100
BATON ROUGE LA 70802


ADVANCE CONTROL SOLUTIONS
2061 STATE ROUTE 521
DELAWARE OH 43015


ADVANCED FIRE PROTECTION, INC.
PO BOX 580
TRAVELERS REST SC 29690


AE SOLUTIONS
PO BOX 26566
GREENVILLE SC 29616

ALABAMA DEPARTMENT OF REVENUE
PO BOX 2401
MONTGOMERY AL 36140-0001


ALEC M. TAYLOR, ESQ.
ADAMS AND REESE LLP
1018 HIGHLAND COLONY PKWY, STE. 800
RIDGELAND MS 39157


AMERICAN ROOTER & PORTABLESLLC
PO BOX 938
CLEVELAND TN 37364


AMTECK, LLC
1387 E NEW CIRCLE ROAD  STE 130
LEXINGTON KY 40505


ANTHONY WILLIAMS
22224 W BRADIS ROAD
GULFPORT MS 39503


APPLIED THERMAL SYSTEMS, INC.
8401 73RD AVENUE NORTH, SUITE 74
MINNEAPOLIS MN 55428


ARBON EQUIPMENT CORPORATION
25464 NETWORK PLACE
CHICAGO IL 60673-1254


ARENA FIRE PROTECTION
PO BOX 460
HURLEY MS 39555


ASHLEA BROWN, ESQ.
CORPORATE COUNSEL
PO BOX 277
ROGERS AR 72757


AUGUSTA FIBERGLASS COATINGS
86 LAKE CYNTHIA ROAD
BLACKVILLE SC 29817


B&B PAINTING, INC.
P.O. BOX 121
INMAN SC 29349

BARGE DESIGN SOLUTIONS
FOUR SHERIDAN SQUARE   SUITE 100
KINGSPORT TN 37660


BATCHELOR & KIMBALL, INC.
P.O. BOX 70
LITHONIA GA 30058


BB & T INSURANCE SERVICES
PO BOX 890635
CHARLOTTE NC 28289-0635


BENISE-DOWLING & ASSOC., INC.
5068 SNAPFINGER WOODS DRIVE
DECATUR GA 30035


BILFINGER
OSKAR-MEIXNER-STRAßE 1, 68163
MANNHEIM, GERMANY


BILL ORTWEIN SIGNS, INC.
2806 EAST 50TH STREET
CHATTANOOGA TN 37407


BRACKEN CONSTRUCTION CO, INC.
PO BOX 9460
COLUMBUS MS 39705


BRADLEY ARANT BOULTCUMMINGSLLC
PO BOX 830708
BIRMINGHAM AL 35283-0709


BROTHERS CONSTRUCTION LLC
1035 S BATESVILLE RD
GREER SC 29650


BROWNLEE-MORROW CO., INC.
PO BOX 38008
BIRMINGHAM AL 35238-0008


BRYAN THOMAS, ESQ.
BRADLEY ARANT BOULT CUMMINGS LLP
1221 BROADWAY, SUITE 2400
NASHVILLE TN 37203

BWC CONTRACTING, INC.
PO BOX 65
GAFFNEY SC 29342-0065


CAJUN INDUSTRIES, LLC
PO BOX 104
BATON ROUGE LA 70821-0104


CALGON CARBON COMPANY
3000 GSK DRIVE
CORAOPOLIS PA 15108


CAMERON S. BELL, ESQ.
PENN, STUART & ESKRIDGE, P.C.
PO BOX 2288
ABINGDON VA 24212


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0149


CAROLINA FOOTHILLS
PO BOX 1225
MAULDIN SC 29662-1225


CAROLINA IMAGING
P.O. BOX 19148
GREENSBORO NC 27419


CCI FLOORING SYSTEMS
PO BOX 25298
GREENVILLE SC 29616-0298


CERTIFIED MAINTENANCE SERVICE
PO BOX 9190
CHATTANOOGA TN 37412


CHATTANOOGA CRANE & HOIST, LLC
1026 W 19TH ST
CHATTANOOGA TN 37408


CHELSEA RAEGAN RIKARD
1989 S. PINE STREET
SPARTANBURG SC 29302

CHRISTINA CRADDOCK
SENIOR SURETY CLAIMS COUNSEL/CLIENT
CORE CONTRACT EAST SURETY CLAIMS
PO BOX 34526
SEATTLE WA 98124-1526


CHRISTOPHER D. MEYER, ESQ.
BURR & FORMAN LLP
190 E. CAPITOL ST., STE. M-100
JACKSON MS 39210


CHRISTOPHER T. BROWN, ESQ.
MATTHEWS, CAMPBELL, RHOADS, MCCLURE
& THOMPSON, P.A.
119 SOUTH 2ND STREET
ROGERS AR 72756-4525


CITY OF FORT SMITH,
ARKANSAS FM FT. SMITH, LLC
901 SOUTH B STREET, SUITE 103
FORT SMITH AR 72901


CLEANSPACE, LLC
607 AIRPORT ROAD
DOYLESTOWN PA 18902


CLEANWATER, INC.
550 SYCAMORE DRIVE
MILPITAS CA 95035


CLIFTON MOSTELLER
TERRA MILLENNIUM CORPORATION
1132 S 500 W
SALT LAKE CITY UT 84101


CNA
DEDUCTIBLE RECOVERY GROUP
PO BOX 6065-02
HERMITAGE PA 16148-1065


COMPLETE RECYCLING&DEMOLITION
3568 HIGHWAY 41
RINGGOLD GA 30736

CORE INSULATION CONTRACTORSLLC
102 W WASHINGTON STREET
KEARNEY MO 64060


CORE SAFETY GROUP LLC
2034 HAMILTON PLACE BLVD
SUITE 400
CHATTANOOGA TN 37421


COVENANT BUILDERS, INC
PO BOX 9730
GREENVILLE SC 29604


COVENANT BUILDING SYSTEMS
4528 WESTGATE PARKWAY
DOTHAN AL 36303


CRAWFORD DRYWALL
1432 BROAD STREET
ELIZABETHTON TN 37643


CUEVAS MACHINE COMPANY
5548 HIGHWAY 53
POPLARVILLE MS 39470


CUSTOM SHEET&METAL FABRICATORS
4017 BENNETT ROAD
PO BOX 9911
CHATTANOOGA TN 37412


CYRI A. VAN HECKE, ESQ.
WRIGHT, LINDSEY & JENNINGS, LLC
425 WEST CAPITOL AVE., STE. 3700
LITTLE ROCK AR 72201


CYRIL HOLLINGSWORTH, ESQ.
WRIGHT, LINDSEY & JENNINGS, LLC
425 WEST CAPITOL AVE., STE. 3700
LITTLE ROCK AR 72201


D.H. PACE DOOR SERVICES,
A D.H. PACE COMPANY, INC.
1901 E 119TH STREET
OLATHE KS 66061

DAEDALUS INDUSTRIAL, LLC
223 PINE RD
EASLEY SC 29642


DAVE STEEL CO., INC.
P.O. BOX 2630
ASHEVILLE NC 28802


DEDUCTIBLE RECOVERY GROUP
PO BOX 6065 - 02
HERMITAGE PA 16148-1065


DEVON PURIEFOY, ESQ
TRULUCK THOMASON, LLC
3 BOYCE AVENUE
GREENVILLE SC 29601


DEZURIK, INC
PO BOX 735286
CHICAGO IL 60673-5286


DFP ACQUISITION CORP
DBA PEAK FALL PROTECTION LLC
350 GREEN OAKS PARKWAY
HOLLY SPRINGS NC 27540


DUKES, KEATING, HATTEN, MCRANEY, BLUM, P
ATTN: G. MARTIN WARREN, JR
13334 SEAWAY RD, STE 203
GULFPORT MS 39503


EASTMAN CHEMICAL COMPANY
200 SOUTH WILCOX DRIVE
KINGSPORT TN 37660


EDWARDS PIPING & MACHINERY, INC
P.O. BOX 249
TRAVELERS REST SC 29690


EGC CONSTRUCTION CORPORATION
30 WEST 4TH STREET
NEWPORT KY 41071

ELDECO, INC.
5751 AUGUSTA ROAD
GREENVILLE SC 29605


ENGINEERED SYSTEMS, INC.
DEPT #5957
PO BOX 11407
BIRMINGHAM AL 35246-5957


EPIQ EDISCOVERY SOLUTIONS INC
PO BOX 674637
DALLAS TX 75267-4637


EVERETT A. KENDALL II
MURPHY GRANTLAND
PO BOX 6648
COLUMBIA SC 29260


FAITH TECHNOLOGIES, INC.
PO BOX 260
MENASHA WI 54952


FE MORAN SPECIAL HAZARDS SYSTEMS
2265 CARLSON DRIVE
NORTHBROOK IL 60062


FIRST HORIZON BANK
165 MADISON AVE.
MEMPHIS TN 38103-2723


FISHER SCIENTIFIC CO., LLC
PO BOX 404705
ATLANTA GA 30384-4705


FL CRANE & SONS
119 S RANKIN INDUSTRIAL DRIVE
FLORENCE MS 39073


FLUID COMPONENTS INTL, LLC
1755 LA COSTA MEADOWS DRIVE
SAN MARCOS CA 92078-5187


FORMAFLO, LLC
1110 THERESE DRIVE
WINCHESTER KY 40391

FURNACE & TUBE SERVICE, INC.
13130 HWY 44
GONZALES LA 70737


G. MARTIN WARREN, JR., ESQ.
DUKES, KEATING, HATTEN, MCRANEY, BLUM,
13334 SEAWAY RD., STE. 203
GULFPORT MS 39502


GARDNER DENVER INC.
P.O. BOX 952453
SAINT LOUIS MO 63195-2453


GEBR PFEIFFER INC
18501 PINES BLVD., SUITE 208
HOLLYWOOD FL 33029


GENRIC, INC.
PO BOX 27036
NEWARK NJ 07101


GERALD E. BURNS
TWO LIBERTY PLACE
50 S. 16TH ST., SUITE 3200
PHILADELPHIA PA 19102


GLENN CRANE & RIGGING
GLENN MACHINE WORKS, INC.
PO BOX 1247
COLUMBUS MS 39703


GOT-RACK.COM
5210 CAUSEWAY BLVD
TAMPA FL 33619


GRAYBAR ELECTRIC COMPANY, INC.
PO BOX 403052
ATLANTA GA 30384-3052


GREEN VIEW LANDSCAPING
907 BELO ROAD
LEXINGTON SC 29072

GREENVILLE COUNTY TAX COLLECTOR
DEPARTMENT 391
PO BOX 100224
COLUMBIA SC 29202-3224


GREENVILLE MECHANICAL, INC.
103 WOODRUFF INDUSTRIAL LANE
GREENVILLE SC 29607


GREGORY L. CAHION, ESQ.
SMITH CASHION & ORR, PLC
ONE AMERICAN CENTER
3100 WEST END AVE. STE. 800


GRETCHEN L. JANKOWSKI
BUCHANAN INGERSOLL & ROONEY PC
501 GRANT STREET, SUITE 200
PITTSBURGH PA 15219


GULF SANDBLASTING & PAINTING
23167 SAUCIER FAIRLEY ROAD
SAUCIER MS 39574


H.S. WILLIAMS
1320 HIGHWAY SIXTEEN
PO BOX 888
MARION VA 24354


HANKIN ENVIRONMENTAL SYSTEMS
1 HARVARD WAY, SUITE 6
PO BOX 5759
HILLSBOROUGH NJ 08844


HANOR LAW FIRM, PLLC
ATTN: MARK S. HANOR
112 WEST MAIN STREET
KINGSPORT TN 37660


HARRELL CONSTRUCTION OF GA INC
4185 SUNBEAM ROAD, BLDG 200
JACKSONVILLE FL 32257


HEAVY EQUIPMENT MOVERS/INSTALL
126 INDUSTRIAL DRIVE
MAYSVILLE GA 30558

HERBERT T. SCHWARTZ, ESQ
CHRISTIAN J. STRICKLAND, ESQ.
SCHWARTZ, ORGLER, JORDAN & WILLIAMS, PLL
2137 E. PASS RD., SUITE B
GULFPORT MS 39507


HOLBROOK WATERPROOFING CO
191 RIO CIRCLE
DECATUR GA 30030


HONEYWELL INTERNATIONAL INC
12541COLLECTION CENTER DRIVE
CHICAGO IL 60693


IEM INDUSTRIAL CONTRACTORS
145 HENRY MC CALL RD
MARION NC 28752


IEP TECHNOLOGIES, LLC
32293 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0322


INCORP INDUSTRIES, LLC
3020 DIEGO DRIVE
EVANSVILLE IN 47715


INDUSTRIAL MAINT & SERVICES OF BELTON
506 RIVER STREET
BELTON SC 29627


INFAB. LLC
3 QUALITY WAY
GREENVILLE SC 29605


INGENIEURSBUREAU MODERNIEK B.V.
BECKERINGHSTRAAT 23, 3762 EV SOEST,
POSTBUS 442
ATTN: MR. J.S. NIJMEIJER (CEO)
THE NETHERLANDS


INTEGRATED POWER SERVICES LLC
PO BOX 601492
CHARLOTTE NC 28260-1492

INTERSTATE CONCRETE, INC.
2232 ERIC LANE
BURLINGTON NC 27215


IRON MOUNTAIN
P.O. BOX 27128
NEW YORK NY 10087-7128


J ROSS CONGLOMERATE, LLC
1696 SHIPLEY FERRY RD
KINGSPORT TN 37663


J.T. THORPE & SON, INC.
5342 GATEWAY DRIVE
GEISMAR LA 70734


JAKE MARSHALL, LLC
2912 SOUTH HICKORY STREET
CHATTANOOGA TN 37407


JANOTTA & HERNER, INC.
309 MONROE STREET
MONROEVILLE OH 44847


JARRELL ELECTRIC COMPANY, INC.
1367 COLEY STATION RD
COCHRAN GA 31014


JARROD STONE
MANIER & HEROD
1201 DEMONBREUN STREET, STE. 900
NASHVILLE TN 37203


JASON M. KIRSCHBERG
REYNOLDS | KIRSCHBERG
188 E. CAPITOL ST. SUITE 1360
JACKSON MS 39201


JNO. Z. BARTON, INC.
413 NORWAY STREET
YORK PA 17403-2531

JOEL HOOVER
NEWLAND & ASSOCIATES, PLLC
2228 COTTONDALE LANE, SUITE 220
LITTLE ROCK AR 72202


JOHN P. MCMACKIN, ESQ
PHELPS DUNBAR LLP
2602 13TH STREET, SUITE 300
GULFPORT MS 39501


JOHNSON CONTROLS FIRE PROTECTION LP
P.O. BOX 591
DEPT CH 10320
MILWAUKEE WI 53201


JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH PA 15250-7967


JOSEPH WATSON MASONRY
3009 HARVEST RIDGE DRIVE
DECATUR GA 30034


JP CONSTRUCTION SERVICES, LLC
309 MARSHALL LANE
GREENEVILLE TN 37743


KATHERINE HANNAN, JD
CNA
1 GALLERIA BOULEVARD, SUITE 1530
METAIRIE LA 70001


KATHRYN P. GOFF
CARSON LAW GROUP, PLLC
CAPITAL TOWERS, SUITE 1336
125 SOUTH CONGRESS ST.
JACKSON MS 39201


KENNETH D. HALE, ESQ
THE HALE LAW FIRM
P.O. BOX 274
BRISTOL TN 37621-0274


KEYSTONE CONSTRUCTORS, INC.
P.O. BOX 430
GAFFNEY SC 29342

```
KING INDUSTRIES
PO BOX 16608
CHATTANOOGA TN 37416


KOCH-GLITSCH LP
P.O. BOX 915034
DALLAS TX 75391-5034


LAWSON ELECTRIC CO.
6246 DAYTON BLVD
DEPT #888629
HIXSON TN 37343


LEWIS THOMASON, PC,
ATTN: R. LOY WALDROP, JR., ESQ
PO BOX 2425
KNOXVILLE TN 37901


LEXICON, INC.
PO BOX 95423
CHICAGO IL 60694


LIBERTY MUTUAL SURETY
401 PLYMOUTH ROAD
PLYMOUTH MEETING PA 19462


LITHKO CONTRACTING, LLC
2958 CRESCENTVILLE RD
WEST CHESTER OH 45069


LOGAN-MOORE, LLC
2914 DODDS AVENUE
CHATTANOOGA TN 37407


LOVELESS COMMERCIAL CONTRACTNG
1821 STATE STREET
CAYCE SC 29033


LUTHER - ANDERSON
ATTN: DANIEL J. RIPPER
PO BOX 151
CHATTANOOGA TN 37401-0151
```

LYNN PATTON THOMPSON
BIGGS INGRAM & SOLOP, PLLC
578 HIGHLAND COLONY PKWY STE 100
RIDGELAND MS 39157


MAINTECH SYSTEMS GMBH
INDUSTRIE CENTER OBERNBURG
63784 OBERNBURG
DISTRICT COURT OF ASCHAFFENBURG HRB 1120
GERMANY


MARTIN BROTHERS CONSTRUCTION
PO BOX 302
GRAY COURT SC 29645


MASON A. GOLDSMITHM JR., ESQ.
ELMORE GOLDSMITH KELLEY & DEHOLL, PA
PO BOX 1887
GREENVILLE SC 29602-1887


MASONRY SPECIALIST CORPORATION
PO BOX 91496
CHATTANOOGA TN 37412


MATHIS&MULDROW LAND SURVEYING
13 W BOYCE STREET
MANNING SC 29102


MAX R. DEITCHLER
1277 E. JOYCE BLVD., STE. 300
FAYETTEVILLE AR 72703


MCGRIFF INSURANCE SERVICES
PO BOX 890635
CHARLOTTE NC 28289-0635


MCKEE FOODS
PO BOX 750
COLLEGEDALE TN 37315


MCKEE FOODS CORPORATION
P.O. BOX 750
COLLEGEDALE TN 37315

MCKENZIE ELECTRIC, INC.
P.O. BOX 5248
CONCORD NC 28027


MCNAUGHTON MCKAY
P.O. BOX 890976
CHARLOTTE NC 28289-0976


MEMPHIS DOOR & HARDWARE, LLC
7734 POPULAR PIKE
GERMANTOWN TN 38138


METROHM USA, INC.
PO BOX 405562
ATLANTA GA 30384-5562


METROMONT CORPORATION
ATTN: ANTHONY SMITH
PO BOX 2486
GREENVILLE SC 29602


METTLER-TOLEDO INGOLD, INC
1900 POLARIS PARKWAY
COLUMBUS OH 43240


MICHAEL DELANEY
MCELROY, DEUTSCH, MULVANEY &AMP;
CARPENTER, LLP
P.O. BOX 2075
MORRISTOWN NJ 07962-2075


MICHASEL BEST & FRIEDRICH LLP
790 NORTH WATER STREET, SUITE 2500
MILWAUKEE WI 53202


MID-SOUTH ROOF SYSTEMS
PO BOX 45717
ATLANTA GA 30320


MIDSOUTH MECHANICAL
114 CORPORATE PARK E DRIVE
PO BOX 1283
LAGRANGE GA 30241

MIDSTATE STEEL, INC.
2001 JEFFERSONVILLE RD.
MACON GA 31217


MMR CONSTRUCTORS, INC.
PO BOX 919205
DALLAS TX 75391-9205


MOCKBEE ELLIS, P.A.
125 SOUTH CONGRESS STREET
SUITE 1820
JACKSON MS 39201


MODERNIEK B.V.
BECKERINGHSTRAAT 23
3762 EV SOEST
THE NETHERLANDS


MOORE INDUSTRIES-INTERNATIONAL
16650 SCHOENBORN STREET
NORTH HILLS CA 91343-6196


NABHOLZ CONSTRUCTION CORPORATION
PO BOX 277
ROGERS AR 72757


NEAL J. SWEENEY
JONES WALKER LLP
3455 PEACHTREE RD NE, STE 1400
ATLANTA GA 30326


NEW SOUTH SPECIALTIES, LLC
6314D SUNSET BLVD
WEST COLUMBIA SC 29169


NIXON POWER SERVICES LLC
PO BOX 934345
ATLANTA GA 31193-4345


NORTH AMERICAN REFRACTORY CO.
166 ORCHARD BEACH DR.
NORTH EAST PA 16428

O'NEAL CONSTRUCTOR DE MEXICO
PO BOX 10269
GREENVILLE SC 29603


O'NEAL, INC.
PO BOX 10269
GREENVILLE SC 29603


O'NEAL, INC.
10 FALCON CREST DRIVE
GREENVILLE SC 29607


OOLTEWAH NURSERY & LANDSCAPING
5829 OOLTEWAH-RINGGOLD ROAD
OOLTEWAH TN 37363


OSBORN CONTRACT SERVICES
125 SUNBELT COURT
GREER SC 29650


OWEN LAW FIRM, PLLC
ATTN: JANSEN T. OWEN
PO BOX 249
POPLARVILLE MS 39470


OWENS CORNING COMPOSITE MATERIALS, LLC
ONE OWENS CORNING PARKWAY
TOLEDO OH 43659


OWENS CORNING NON.WOVEN TECHNOLOGY, LLC
5520 PLANTERS ROAD
FORT SMITH AR 72916


PAINT-TECH PAINTING
615 DANA'S RIDGE DRIVE
ROSWELL GA 30075


PALMETTO GRADING & DRAINAGE
223 NORTHEAST DRIVE
SPARTANBURG SC 29303


PENHALL COMPANY
PO BOX 842911
LOS ANGELES CA 90084-2911

PENHALL COMPANY – (413) COLUMBIA
ATTN: MICHAEL PRICE, LIEN ADMINISTRATOR
966 GAP CREEK RD
GREER SC 29651


PENNSTUART
ATTN: ANDREW M. HANSON
804 ANDERSON ST
BRISTOL TN 37620


PIEDMONT MECHANICAL, INC.
P.O. BOX 4925
SPARTANBURG SC 29305


PILLER BLOWERS & COMPRESSORS
NIENHAGENER STRASSE 6
37186 MORINGEN
GERMANY


POINT CONSTRUCTION ADVISORY
GROUP, LLC
802 FAIRVIEW ROAD, SUITE 4000
ASHEVILLE NC 28803


PORTER ROOFING CONTRACTORS INC
9057 MANCHESTER HWY
MORRISON TN 37357


PRECISION CONCRETE CONST., INC
2075 BRANDON TRAIL
ALPHARETTA GA 30004


PRECISION DESIGN & MACHINE,INC
61234 COCKRILL BEND CIRCLE
NASHVILLE TN 37209


PRIDE MASONRY OF GAFFNEY, INC.
PO BOX 816
REIDVILLE SC 29375


PROCESS COMBUSTION CORP
PO BOX 536151
PITTSBURGH PA 15253-5903

PROCESS SERVICE GROUP, LLC
PO BOX 160
FAYETTE AL 35555


PROJECT COMPLIANCE, LLC
PO BOX 16406
FORT WORTH TX 76162-2406


QUALITY ROOFING CONTRACTORS
OF SE MISSOURI, INC.
9350 STATE HWY C
SENATH MO 63876


R. LOY WALDROP, JR. ATTORNEY AT LAW
LEWIS THOMASON, P.C.
900 S. GAY ST., SUITE 300 | P.O. BOX 242
KNOXVILLE TN 37901


REINICKE ATHENS, INC.
P.O. BOX 5340
ATHENS GA 30604


RENFROW BROTHERS
P.O. BOX 4786
SPARTANBURG SC 29305


RICHARD A. GLASSMAN, PARTNER
ESOP PLUS
15 AVENUE A
WESTBROOK CT 06498


RIVER CITY FENCE
6134 AIRWAYS BLVD
CHATTANOOGA TN 37421


ROBERT E. MASON & ASSOC, INC
P.O. BOX 33424
CHARLOTTE NC 28233


ROBERT F. SCHATZ, PARTNER
ESOP PLUS ATTORNEY AT LAW
69 HIGH RIDGE ROAD
WEST HARTFORD CT 06117

ROBERT P. NOELL, ESQ.
WOOLF, MCCLANE, BRIGHT, ALLEN &
CARPENTER, PLLC
P.O. BOX 900
KNOXVILLE TN 37901-0990


ROSS CONGLOMERATE, LLC
915 MILLENNIUM CT
BLOUNTVILLE TN 37617-2002


ROSS GLASS & ALUMINUM, LLC
PO BOX 2399
2420 BROAD STREET
CHATTANOOGA TN 37409


S&S SPRINKLER CO LLC
PO BOX 7453
MOBILE AL 36670-7453


S. JOE WELBORN
SMITH CASHION & ORR, PLC
ONE AMERICAN CENTER
3100 WEST END AVENUE, SUITE 800
NASHVILLE TN 37203


S.E. COMMERCIAL MASONRY, INC.
1317 24TH AVE.
SUITE D
GULFPORT MS 39501


SAGE INTEGRATION
4075 KARG INDUSTRIAL PKWY
SUITE B
KENT OH 44240


SAMUEL C. KELLY
 PO DRAWER 119
JACKSON MS 39205


SATELLITE SHELTERS, INC.
PO BOX 860700
MINNEAPOLIS MN 55486-0700


SAVAGE BROTHERS
5534 UNITED DRIVE
MEMPHIS TN 38118

SCHENCK PROCESS, LLC
PO BOX 19750
PALATINE IL 60055-9750


SCHWARTZ, ORGLER, JORDAN & WILLIAMS, PLL
HERBERT T. SCHWARTZ, ESQ
2137 E. PASS RD., SUITE B
GULFPORT MS 39507


SEILER BUILDING CORPORATION
217 EXCHANGE AVENUE
MEMPHIS TN 38105


SERGIO I. SCUTERI, ESQ.
COPEHART SCATCHHARD
LAUREL CORPORATE CENTER
8000 MIDATLANTIC DRIVE, SUITE 300S
MOUNT LAUREL NJ 08054


SERGIO I. SCUTERI, ESQ.
CAPEHART & SCATCHARD, P.A
LAUREL CORPORATE CENTER
8000 MIDLANTIC DR., STE. 300 S
MOUNT LAUREL NJ 08054


SIDING, INC.
P.O. BOX 672
GREENVILLE SC 29602


SIEMENS INDUSTRY, INC.
C/O CITIBANK (BLDG TECH)
PO BOX 2134
CAROL STREAM IL 60132-2134


SILVERTIP, INC
PO BOX 50
LEWISBURG PA 17837


SIMPSON TRUCKING & GRADING INC
1364 CANDLER ROAD
GAINESVILLE GA 30507


SM LAWRENCE CO
245 PRESTON ST
JACKSON TN 38301

SMARTHOMES CHATTANOOGA, INC.
DBA SMART SYSTEMS
2705 KANASITA DR
HIXSON TN 37343


SOLUTIONS IN ACTION, INC.
PO BOX 2465
BUFORD GA 30515


SOUTHEAST PAINTERS, INC.
3535 B SAINT ELMO AVE
CHATTANOOGA TN 37409


SOUTHEASTERN COMMERICAL  MASONRY
2225 DRAKE AVE SW #20
HUNTSVILLE AL 35801


SOUTHERN PORTABLES SERVICES
240 PRIDDY RD
LAGRANGE GA 30241


SPECIALTY TOWER & REVAMP SVCS
1547 SHIRL LANE
JACKSONVILLE FL 32207


STEEL CLAD, INC.
PO BOX 14510
GREENVILLE SC 29610


STONCOR GROUP, INC.
1000 E PARK AVE MAPLE SHADE
MAPLE SHADE NJ 08052


STONHARD, INC.
P.O. BOX 931947
CLEVELAND OH 44193


STOVALL PLUMBING
7249 SPOUT SPRINGS RD
FLOWERY BRANCH GA 30542


STRICKLAND ACOUSTICS
1168 TOODIES CREEK ROAD
BURNSVILLE NC 28714

SUNBELT SUPPLY CO
PO BOX 951037
DALLAS TX 75395


T LUCKEY SONS, INC
PO BOX 520
HARRISON OH 45030


TENNESSEE WASTE HAULERS
PO BOX 16155
CHATTANOOGA TN 37416


THE INDUSTRIAL DEVELOPMENT BOARD
OF HAMILTON COUNTY, TN
C/O CARL E. HARTLEY BAKER DONELSON
633 CHESTNUT STREET, SUITE 1900
CHATTANOOGA TN 37450


THE INDUSTRIAL DEVELOPMENT BOARD
OF HAMILTON COUNTY, TN
317 OAK STREET, 201 M.L.K. BUILDING
CHATTANOOGA TN 37403


THE NEW YORK BLOWER COMPANY
PO BOX 88744
CAROL STREAM IL 60188-0744


THE PENTREATH CO., INC.
1603 SC-86
PIEDMONT SC 29673


THOMAS E. DUDLEY, III
KENISON, DUDLEY, & CRAWFORD, LLC
325 WEST MCBEE AVENUE, SUITE 301
GREENVILLE SC 29601


THOMAS E. DUDLEY, III, ESQ.
KENISON, DUDLEY & CRAWFORD, LLC
325 W. MCBEE AVE., SUITE 301
GREENVILLE SC 29601


THOMAS M. HALL, ESQ.
BLUEPRINT CONSTRUCTION COUNSEL LLP
24 FOLLINS LANE
SAINT SIMONS ISLAND GA 31522

TOM MOYER CARPENTRY
1442 EADS BLUFF RD
GEORGETOWN TN 37336


TR-CITY FENCE COMPANY, LLC
5015 MEMORIAL BLVD
KINGSPORT TN 37664


TRAYLOR INDUSTRIAL, LLC
835 N CONGRESS AVE
EVANSVILLE IN 47715


TRINOVA, INC
4485 LAUGHLIN DR SOUTH
MOBILE AL 36693


TRUIST BANK
PO BOX 580057
CHARLOTTE NC 28258


TUFCO CAROLINAS, INC.
PO BOX 1307
KERNERSVILLE NC 27285


UNITHERM, INC.
PO BOX 60670
CHARLOTTE NC 28260


UNIVERSAL LIMITED, INC
P O BOX 610097
BIRMINGHAM AL 35261


VEGA AMERICAS INC
PO BOX 640162
CINCINNATI OH 45264-0162


VFP FIRE SYSTEMS
PO BOX 74008409
CHICAGO IL 60674-8409


VIC DAVIS CONSTRUCTION, INC.
1300 JAN WAY
KINGSPORT TN 37660

```
VIKING AUTOMATIC SPRINKLER COMPANY
10203 S. 152ND ST
OMAHA NE 68138


W. EDWARD HATTEN, JR.
DUKES KEATING HATTEN MCRANEY BLUM PA
13334 SEAWAY ROAD SUITE 203
GULFPORT MS 39503


WARREN PAVING, INC.
PO BOX 572
HATTIESBURG MS 39403


WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM IL 60197-4648


WESTECH ENGINEERING, INC.
PO BOX 65068
CO 81465-0068


WILLIAM MYERS
MYERS LAW GROUP, PLLC
122 N MCDOWELL STREET
CHARLOTTE NC 28204


WILLIAMS SIGN COMPANY
1399 THOMAS STREET
MEMPHIS TN 38107


WM. S. TRIMBLE COMPANY, INC.
2200 ATCHLEY ST.
KNOXVILLE TN 37920


WOMBLE BOND DICKINSON (US) LLP
PO BOX 601879
CHARLOTTE NC 28260-1879


WOOLF MCCLANE BRIGHT
ALLEN & CARPENTER, PLLC
J. FORD LITTLE
PO BOX 900
KNOXVILLE TN 37901-0900
```

```
WORKSPACE INTERIORS
200 E MAIN ST
STE 300
KINGSPORT TN 37660


WRIGHT INDUSTRIAL GROUP, LLC
PO BOX 437
CHARLESTON TN 37310


WRIGHT INDUSTRIAL GROUP, LLC
ATTN:  J. MITCHELL SIMPSON, EXECUTIVE VP
1500 LAUDERDALE MEMORIAL HWY
CHARLESTON TN 37310


YOKOGAWA CORP OF AMERICA
P.O. BOX 409220
ATLANTA GA 30384-9220
```

# United States Bankruptcy Court
## District of South Carolina

In re    **O'Neal Constructors, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **O'Neal Constructors, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kevin Bean
10 Falcon Crest Drive
Greenville, SC 29607**

**O'Neal, Inc.
PO Box 10269
Greenville, SC 29603**

☐ None [*Check if applicable*]

**February  6, 2025**

Date

**/s/ Randy A. Skinner**

**Randy A. Skinner**

Signature of Attorney or Litigant

Counsel for    **O'Neal Constructors, LLC**

**Skinner Law Firm, LLC
300 North Main Street, Suite 201
Greenville, SC 29601
(864) 232-2007 Fax:(864) 232-8496
main@skinnerlawfirm.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

**In re: O'NEAL CONSTRUCTORS, LLC**          **Chapter 7**

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin Bean,** declare under penalty of perjury that I am the Manager of **O'Neal Constructors, LLC,** a South Carolina Limited Liability Company and that on **February 6, 2025** the following resolution was duly adopted by **O'Neal, Inc.,** the sole member of this Limited Liability Company:

"Whereas, it is in the best interest of O'Neal Constructors, LLC to file a voluntary petition in the United State Bankruptcy Court pursuant to Chapter 7 of Title 7 of the United States Code;

Be It Therefore Resolved, that **Kevin Bean, Manager of O'Neal Constructors, LLC**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the **O'Neal Constructors, LLC**; and

Be It Further Resolved, that **Kevin Bean, Manager of O'Neal Constructors, LLC**, is authorized and directed to appear in all bankruptcy proceedings on behalf of **O'Neal Constructors, LLC**, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of **O'Neal Constructors, LLC** in connection with such bankruptcy case; and

Be It Further Resolved, that **Kevin Bean, Manager of O'Neal Constructors, LLC**, is authorized and directed to employ **Randy A. Skinner,** attorney and the law firm of **Skinner Law Firm, LLC** to represent **O'Neal Constructors, LLC** in such bankruptcy case.

**O'Neal Constructors, LLC**
**By: Kevin Bean**
**Its: Manager**

February 6, 2025
Greenville, South Carolina